**AEROJET–GENERAL SHIPYARDS, a corporation, and The Home Indemnity Company, a corporation, Plaintiffs-Appellants,**

v.

**William M. O'KEEFFE, as Deputy Commissioner, Sixth Compensation District, Department of Labor, Defendant-Appellee.**

No. 29265.

United States Court of Appeals, Fifth Circuit.

Feb. 2, 1972.

George Stelljes, Jr., Marks, Gray, Yates, Conroy & Gibbs, Jacksonville, Fla., for plaintiffs-appellants.

John L. Briggs, U. S. Atty., Jacksonville, Fla., L. H. Silberman, Solicitor, U. S. Department of Labor, Morton Hollander, Chief, Appellate Section, Alexander P. Humphrey, Dept. of Justice, Washington, D. C., for defendant-appellee.

Before TUTTLE, DYER and SIMPSON, Circuit Judges.

BY THE COURT:

In consideration of the opinion of the United States Supreme Court of December 14, 1971, 404 U.S. 254, 92 S.Ct. 405, 30 L.Ed.2d 424, together with its judgment issued as mandate and filed in this Court on January 20, 1972.

It is ordered and adjudged by the Court that our judgment of April 23, 1971, 442 F.2d 508, is vacated and set aside and this cause is hereby remanded to the United States District Court for the Middle District of Florida for further proceedings in conformity with the order and judgment of the Supreme Court of the United States.

It is further ordered that costs be taxed against Aerojet-General Shipyards, Inc., including the $100.00 Clerk's costs in the Supreme Court of the United States assessed by its judgment issued as mandate.

**Thurman Joseph ARMSTRONG, Petitioner-Appellant,**

v.

**Clarence JONES, Sheriff, Dallas County, Texas, Respondent-Appellee.**

No. 71–2966.

United States Court of Appeals, Fifth Circuit.

Feb. 2, 1972.

Before WISDOM, GODBOLD and RONEY, Circuit Judges.

PER CURIAM:

Affirmed.[1] See Local Rule 21.[2] See King v. Adams, 5th Cir. 1969, 410 F.2d 455.

---

1. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's local Rule 9(c) (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5th Cir. 1969, 412 F.2d 981.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.